[No. 4234–II. Division Two. November 19, 1981.]

GREGORY E. GORDER, ET AL, *Appellants,* v.
SUN DO CHUNG, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 268423, Robert A. Jacques, J., entered July 20,
1979. *Affirmed* by unpublished opinion per Petrich, J., con-
curred in by Reed, C.J., and Petrie, J.

[No. 4198–1–III. Division Three. November 19, 1981.]

ROSE CORBRAY, *Appellant,* v. A. W. STEVENSON,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 78–2–01209–3, Ted Kolbaba, J.,
entered September 22, 1980. *Affirmed* by unpublished
opinion per Munson, J., concurred in by McInturff, C.J.,
and Green, J.

[No. 4293–6–III. Division Three. November 19, 1981.]

DISHMAN HILLS NATURAL AREA ASSOCIATION, INC.,
ET AL, *Appellants,* v. THE BOARD OF COUNTY
COMMISSIONERS OF SPOKANE COUNTY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 79–2–05596–0, Thomas E. Merryman,
J., entered November 12, 1980. *Affirmed* by unpublished
opinion per Roe, J., concurred in by McInturff, C.J., and
Green, J.